James **JOHNSON**, Plaintiff/Appellant,

v.

**SULLIVAN FIRE PROTECTION DISTRICT,** Defendant/Respondent.

No. ED101413

Missouri Court of Appeals, Eastern District, **DIVISION ONE.**

Filed: March 3, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 2015

Richard J. Magee, 8000 Maryland Ave, Suite 1300, Clayton, Missouri 63105, for appellant.

Ryan Bertels, Jane Drummond (co-counsel), 931 Wildwood Drive, Suite 201 Jefferson City, Missouri 65109, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

*ORDER*

PER CURIAM

Plaintiff James Johnson appeals the Circuit Court of Franklin County's grant of judgment on the pleadings in favor of defendant Sullivan Fire Protection District on his 42 U.S.C. section 1983 (2014) claim. We affirm the trial court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).